| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | SEYFARTH SHAW LLP<br>Kurt A. Kappes (State Bar No. 146384)<br>Timothy B. Nelson (State Bar No. 235279)<br>400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428<br>Telephone: (916) 448-0159<br>Facsimile: (916) 558-4839<br><br>Attorneys for Defendant<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAO XIONG and FRAYDA BURTON, as Guardian ad litem for MARILYN L. XIONG and ARIEL N. XIONG,<br><br>Plaintiffs,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:08-CV-00345-WBS-JFM<br><br>**STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AND ORDER THEREON**<br><br>Date: May 26, 2009<br>Time: 2:00 pm<br>Crtrm: 5, 14th Flr.<br>Before The Honorable William B. Shubb |

It is hereby stipulated by Plaintiffs MAO XIONG and FRAYDA BURTON, as Guardian ad litem for MARILYN L. XIONG and ARIEL N. XIONG ("Plaintiffs") and Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ("Defendant"), that the deadline for Plaintiffs to file and serve an opposition to Defendant's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment, shall be extended to Wednesday, May 13, 2009. The deadline for Defendant to file a reply brief shall be extended to Wednesday, May 20, 2009.

DATED: May ____, 2009                SEYFARTH SHAW LLP

                                     By     s/ Timothy B. Nelson
                                            Kurt A. Kappes
                                            Timothy B. Nelson
                                            Attorneys for Defendant
                                            THE LINCOLN NATIONAL LIFE
                                            INSURANCE COMPANY

DATED: May ____, 2009                GUENARD & BOZARTH, LLP


                                     By     s/ Ross Bozarth
                                            B. Ross Bozarth
                                            Attorneys for Plaintiffs
                                            MAO XIONG and FRAYDA BURTON, as
                                            Guardian ad litem for MARILYN L.
                                            XIONG and ARIEL N. XIONG


**IT IS SO ORDERED:**

Dated: May 14, 2009

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE