1 | SEYFARTH SHAW LLP
Kurt A. Kappes (State Bar No. 146384)
2 | Timothy B. Nelson (State Bar No. 235279)
400 Capitol Mall, Suite 2350
3 | Sacramento, California 95814-4428
Telephone: (916) 448-0159
4 | Facsimile: (916) 558-4839

5 | Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAO XIONG and FRAYDA BURTON, as Guardian ad litem for MARILYN L. XIONG and ARIEL N. XIONG,<br><br>Plaintiffs,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:08-CV-00345-WBS-JFM<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO AMEND THE PRE-TRIAL SCHEDULING ORDER AND FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>Date:   September 28, 2009<br>Time:   2:00 pm<br>Crtrm: 5, 14th Flr.<br>Before The Honorable William B. Shubb |

1  It is hereby stipulated by Plaintiffs MAO XIONG and FRAYDA BURTON, as Guardian ad litem for MARILYN L. XIONG and ARIEL N. XIONG ("Plaintiffs") and Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ("Defendant"), that the hearing on Plaintiffs' Motion to Amend the Pre-Trial Order and for Leave to File and Amended Complaint, which is currently scheduled for September 28, 2009 at 2:00 p.m., will be rescheduled for October 13, 2009 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: August 27, 2009                                    SEYFARTH SHAW LLP


                                                          By    s/    Timothy Nelson
                                                              Kurt A. Kappes
                                                              Timothy B. Nelson
                                                              Attorneys for Defendant
                                                              THE LINCOLN NATIONAL LIFE
                                                              INSURANCE COMPANY

DATED: August 27, 2009                                    GUENARD & BOZARTH, LLP


                                                          By    s/    B. Ross Bozarth
                                                              B. Ross Bozarth
                                                              Attorneys for Plaintiffs
                                                              MAO XIONG and FRAYDA BURTON, as
                                                              Guardian ad litem for MARILYN L.
                                                              XIONG and ARIEL N. XIONG


**IT IS SO ORDERED:**

Dated: August 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
STIPULATION TO EXTEND HEARING ON PLAINTIFFS' MOTION TO AMEND
THE PRE-TRIAL SCHEDULING ORDER AND FOR LEAVE TO FILE AN AMENDED COMPLAINT
SC1 17106361.1