1   SEYFARTH SHAW LLP
    Kurt A. Kappes (State Bar No. 146384)
2   email:  kkappes@seyfarth.com
    Timothy B. Nelson (State Bar No. 235279)
3   email:  tnelson@seyfarth.com
    400 Capitol Mall, Suite 2350
4   Sacramento, California 95814-4428
    Telephone: (916) 448-0159
5   Facsimile: (916) 558-4839

6   Attorneys for Defendant
    THE LINCOLN NATIONAL
7   LIFE INSURANCE COMPANY

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  MAO XIONG and FRAYDA BURTON, as )<br>     Guardian ad litem for MARIYLN L. XIONG )<br>11  and ARIEL N. XIONG, )<br>                                          )<br>12       Plaintiffs, )<br>                                          )<br>13       v. )<br>                                          )<br>14  THE LINCOLN NATIONAL LIFE )<br>     INSURANCE COMPANY, )<br>15                                        )<br>16       Defendant. )<br>_____ ) | Case No. 2:08-CV-00345-WBS-JFM<br><br>**ORDER GRANTING DEFENDANT'S<br>UNOPPOSED EX PARTE<br>APPLICATION FOR ORDER TO FILE<br>DOCUMENTS UNDER SEAL**<br><br>Crtrm: 5, 14th Flr.<br>Before The Honorable William B. Shubb |

17

18       The Court has considered Defendant The Lincoln National Life Insurance Company's

19  (Lincoln") Unopposed Ex Parte Application for an Order to file the Swiss Re underwriting

20  manual and portions of Lincoln's Opposition to Plaintiffs' Motion to Amend the Court's Pre-trial

21  Scheduling Order and for Leave to File an Amended Complaint ("Lincoln's Opposition") under

22  seal.  The Unopposed Ex Parte Application is made pursuant to Civil Local Rules 39-141.

23  ///

24  ///

25  ///

26  ///

27  ///

28                                             1
    _____
    [PROPOSED] ORDER GRANTING LINCOLN'S UNOPPOSED EX PARTE APPLICATION TO FILE SWISS
         RE UNDERWRITING MANUAL AND PORTIONS OF LINCOLN'S OPPOSITION UNDER SEAL
    SC1 17106735.1

1        Good cause appearing therefore, IT IS HEREBY ORDERED that Lincoln's Ex Parte

2   Application is GRANTED.  The Swiss Re underwriting manual and portions of Lincoln's

3   Opposition shall be filed and maintained under seal pursuant to Civil Local Rule 39-141.  It is

4   further ORDERED that unless otherwise ordered by the Court, only the Court, the parties to this

5   case, and their respective attorneys and experts are authorized to inspect the documents filed

6   under seal pursuant to this Order.

7

8        **IT IS SO ORDERED.**

9

10       Dated:  September 18, 2009

11

12

13       WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            -2-