1  SEYFARTH SHAW LLP
   Kurt A. Kappes (State Bar No. 146384)
2  Timothy B. Nelson (State Bar No. 235279)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   THE LINCOLN NATIONAL
6  LIFE INSURANCE COMPANY

7  B. Ross Bozarth, Esq. (State Bar No. 179171)
   GUENARD & BOZARTH, LLP
8  8830 Elk Grove Blvd.
   Elk Grove, CA  95624
9  (916) 714-7672
   (916) 714-9031 (fax)
10
   Attorneys for Plaintiffs
11 MAO XIONG and FRAYDA BURTON,
   as Guardian ad litem for MARILYN L. XIONG
12 and ARIEL N. XIONG

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAO XIONG and FRAYDA BURTON, as Guardian ad litem for MARILYN L. XIONG and ARIEL N. XIONG, | Case No. 2:08-CV-00345-WBS-JFM |
| Plaintiffs, | **STIPULATION TO CONTINUE TRIAL AND TRIAL-RELATED DATES; [PROPOSED] ORDER** |
| v. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

    Plaintiffs MAO XIONG and FRAYDA BURTON, as Guardian ad litem for MARILYN L. XIONG and ARIEL N. XIONG ("plaintiffs") and defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ("defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

    1.   The Parties stipulate that the trial date in the above-captioned matter, set for December 8, 2009, be continued to December 15, 2009 at 9:00 a.m.

    2.   The Parties stipulate that good cause exists for this continuance to accommodate counsel.

3. The Parties stipulate that no undue prejudice will be suffered by either party if the trial date and trial-related dates are continued to December 15, 2009.

DATED: October 22, 2009                    SEYFARTH SHAW LLP


                                           By    s/Kurt Kappes
                                                 Kurt A. Kappes
                                                 Timothy B. Nelson
                                                 Attorneys for Defendant
                                                 THE LINCOLN NATIONAL LIFE
                                                 INSURANCE COMPANY

DATED: October 22, 2009                    GUENARD & BOZARTH, LLP


                                           By    s/B. Ross Bozarth
                                                 B. Ross Bozarth
                                                 Attorneys for Plaintiffs
                                                 MAO XIONG and FRAYDA BURTON, as
                                                 Guardian ad litem for MARILYN L.
                                                 XIONG and ARIEL N. XIONG


**ORDER**

**IT IS SO ORDERED.**

Dated: October 22, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE