1  SEYFARTH SHAW LLP
   Kurt A. Kappes (State Bar No. 146384)
2  Timothy B. Nelson (State Bar No. 235279)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   THE LINCOLN NATIONAL
6  LIFE INSURANCE COMPANY

7  B. Ross Bozarth, Esq. (State Bar No. 179171)
   GUENARD & BOZARTH, LLP
8  8830 Elk Grove Blvd.
   Elk Grove, CA  95624
9  (916) 714-7672
   (916) 714-9031 (fax)
10
   Attorneys for Plaintiffs
11 MAO XIONG and FRAYDA BURTON,
   as Guardian ad litem for MARILYN L. XIONG
12 and ARIEL N. XIONG

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  MAO XIONG and FRAYDA BURTON, as  ) | Case No. 2:08-CV-00345-WBS-JFM |
| Guardian ad litem for MARILYN L.   ) | |
| 16  XIONG and ARIEL N. XIONG,       ) | **STIPULATION AND ORDER TO** |
|                                    ) | **MODIFY DATES CONTAINED IN** |
| 17             Plaintiffs,         ) | **FINAL PRETRIAL ORDER** |
|                                    ) | |
| 18        v.                       ) | |
|                                    ) | |
| 19  THE LINCOLN NATIONAL LIFE       ) | |
|     INSURANCE COMPANY,             ) | |
| 20                                 ) | |
|             Defendant.             ) | |
| 21                                 ) | |

22       Plaintiffs MAO XIONG and FRAYDA BURTON, as Guardian ad litem for MARILYN

23 L. XIONG and ARIEL N. XIONG ("plaintiffs") and defendant THE LINCOLN NATIONAL

24 LIFE INSURANCE COMPANY ("defendant") (collectively, the "Parties"), by and through their

25 respective counsel, hereby stipulate as follows:

26       1.     The Parties stipulate that no later than November 12, 2009, counsel for each party

27 will file and serve trial briefs, which shall include any motions in limine, pursuant to Local Rule

28 16-285.  No later than November 19, 2009, the parties may file and serve oppositions, if any, to

1  the motions in limine.  The Parties stipulate that any motions in limine shall be heard on
2  December 7, 2009, at 2 p.m.
3        2.      The Parties stipulate that counsel for Plaintiffs shall lodge and serve, pursuant to
4  Local Rule 51-163, copies of all jury instructions that Plaintiffs request be given on Plaintiffs'
5  claims no later than November 12, 2009.  Counsel for Plaintiffs shall also file and serve a copy
6  of a proposed form of verdict no later than November 12, 2009.
7        3.      The Parties further stipulate that counsel for Defendant shall file and serve any
8  objections to the jury instructions proposed by Plaintiffs no later than November 19, 2009.
9  Counsel for Defendant shall lodge and serve, pursuant to Local Rule 51-163, copies of any and
10  all jury instructions not already proposed by Plaintiffs, which Defendant requests be given, no
11  later than November 19, 2009.  No later than November 19, 2009, counsel for Defendant shall
12  file and serve a copy of any proposed form of verdict, and shall also file any objections to
13  Plaintiffs' proposed form of verdict.
14        4.      The Parties further stipulate that counsel for Plaintiffs shall file and serve any
15  objections to the jury instructions proposed by Defendant, and to any form of verdict proposed
16  by Defendant, no later than November 24, 2009.
17        5.      The Parties stipulate that counsel for each party shall submit all proposed jury
18  voir dire questions no later than November 24, 2009.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

6. The Parties stipulate that no later than November 18, 2009, counsel for each party shall file and serve a statement designating all answers to interrogatories and all portions of depositions intended to be offered or read into evidence, with the exception of portions to be used for impeachment or rebuttal.  No later than November 25, 2009, counsel for any other party may file and serve a counter-designation of other portions of the same depositions intended to be offered or read into evidence and my file evidentiary objections to any other parties' designation. No later than December 1, 2009, the parties may file evidentiary objections to any other party's counter-designation.

DATED: October 27, 2009        SEYFARTH SHAW LLP

By     s/ Kurt A. Kappes
        Kurt A. Kappes
        Timothy B. Nelson
        Attorneys for Defendant
        THE LINCOLN NATIONAL LIFE
        INSURANCE COMPANY

DATED: October 27, 2009        GUENARD & BOZARTH, LLP

By     s/ B. Ross Bozarth
        B. Ross Bozarth
        Attorneys for Plaintiffs
        MAO XIONG and FRAYDA BURTON, as
        Guardian ad litem for MARILYN L.
        XIONG and ARIEL N. XIONG

**ORDER**

**IT IS SO ORDERED.**

Dated:   October 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

STIPULATION TO MODIFY DATES CONTAINED IN FINAL PRETRIAL ORDER; [PROPOSED] ORDER
SC1 17107733.1