1  SEYFARTH SHAW LLP
   Kurt A. Kappes (State Bar No. 146384)
2  Timothy B. Nelson (State Bar No. 235279)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   THE LINCOLN NATIONAL
6  LIFE INSURANCE COMPANY

7  B. Ross Bozarth, Esq. (State Bar No. 179171)
   GUENARD & BOZARTH, LLP
8  8830 Elk Grove Blvd.
   Elk Grove, CA  95624
9  (916) 714-7672
   (916) 714-9031 (fax)
10
   Attorneys for Plaintiffs
11 MAO XIONG and FRAYDA BURTON,
   as Guardian ad litem for MARILYN L. XIONG
12 and ARIEL N. XIONG

13                  UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15 | MAO XIONG and FRAYDA BURTON, as      ) | Case No. 2:08-CV-00345-WBS-JFM
   | Guardian ad litem for MARILYN L.     ) |
16 | XIONG and ARIEL N. XIONG,            ) | **STIPULATION TO CONTINUE TRIAL**
   |                                      ) | **DATE; [~~PROPOSED~~] ORDER**
17 |             Plaintiffs,              ) |
   |                                      ) |
18 |       v.                             ) |
   |                                      ) |
19 | THE LINCOLN NATIONAL LIFE            ) |
   | INSURANCE COMPANY,                   ) |
20 |                                      ) |
   |             Defendant.               ) |
21 |                                      ) |

22      Plaintiffs MAO XIONG and FRAYDA BURTON, as Guardian ad litem for MARILYN

23 L. XIONG and ARIEL N. XIONG ("plaintiffs") and defendant THE LINCOLN NATIONAL

24 LIFE INSURANCE COMPANY ("defendant") (collectively, the "Parties"), by and through their

25 respective counsel, hereby stipulate as follows:

26      1.      The Parties stipulate that the trial date in the above-captioned matter, set for

27 December 15, 2009, be continued to March 30, 2010 at 9:00 A.M.  All pre-trial deadlines remain

28 as currently set.

---

STIPULATION TO CONTINUE TRIAL DATE; [PROPOSED] ORDER

SC1 17108201.1

1    2.    The Parties further stipulate that if witness Lydia Tart is unable to travel to attend

2 trial, due to her health condition, her testimony may be taken by video transmission.  Counsel for

3 defendant will arrange for Ms. Tart to be present at a location where appropriate audio and video

4 technology is available that will allow Ms. Tart's testimony to be broadcast to the courtroom

5 where trial is taking place.

6 DATED: November 16, 2009              SEYFARTH SHAW LLP

7

8                                         By     s/ Kurt A. Kappes
                                                 Kurt A. Kappes
9                                                Timothy B. Nelson
                                                 Attorneys for Defendant
10                                               THE LINCOLN NATIONAL LIFE
                                                 INSURANCE COMPANY
11
12 DATED: November 16, 2009              GUENARD & BOZARTH, LLP

13

14                                        By     s/ B. Ross Bozarth
                                                 B. Ross Bozarth
                                                 Attorneys for Plaintiffs
15                                               MAO XIONG and FRAYDA BURTON, as
                                                 Guardian ad litem for MARILYN L.
16                                               XIONG and ARIEL N. XIONG

17

18                                        **ORDER**

19       **IT IS SO ORDERED.**

20
Dated:  November 17, 2009
21

22                          [signature]
                            WILLIAM B. SHUBB
23                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2

STIPULATION TO CONTINUE TRIAL DATE; [PROPOSED] ORDER

SC1 17108201.1