1  SEYFARTH SHAW LLP
   Kurt A. Kappes (State Bar No. 146384)
2  Timothy B. Nelson (State Bar No. 235279)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
6

7

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11 | MAO XIONG and FRAYDA BURTON, as | Case No. 2:08-CV-00345-WBS-JFM
   | Guardian ad litem for MARILYN L.
12 | XIONG and ARIEL N. XIONG,

13 |         Plaintiffs,                  | **STIPULATION TO MODIFY FINAL PRETRIAL ORDER REGARDING THE EXCHANGE AND OBJECTION TO TRIAL EXHIBITS**
14 |    v.

15 | THE LINCOLN NATIONAL LIFE
   | INSURANCE COMPANY,                    | Trial Date: March 30, 20010
16 |                                        | Crtrm: 5, 14th Flr.
   |         Defendant.                    | Before The Honorable William B. Shubb
17

18

19     Plaintiffs MAO XIONG and FRAYDA BURTON, as Guardian ad litem for MARILYN

20 L. XIONG and ARIEL N. XIONG ("plaintiffs") and defendant THE LINCOLN NATIONAL

21 LIFE INSURANCE COMPANY ("defendant") (collectively, the "Parties"), by and through their

22 respective counsel, hereby stipulate as follows:

23     1.  The trial date in this matter has been continued from December 15, 2009 to March

24 30, 2010.

25     2.  The Parties seek to modify the dates contained in the Final Pretrial Order with

26 respect to the exchange of exhibits, and the filing of objections to exhibits, only.  The Parties

27 agree to exchange copies of all exhibits identified in the Final Pretrial Order, or make them

28

STIPULATION TO MODIFY FINAL PRETRIAL ORDER
REGARDING THE EXCHANGE AND OBJECTION TO TRIAL EXHIBITS
SC1 17108642.1

1  reasonably available for inspection by all other parties, on February 12, 2010.  Any and all
2  objections to such exhibits shall be filed and served no later than March 22, 2010.
3       IT IS SO STIPULATED.
4
5  DATED: December 8, 2009         SEYFARTH SHAW LLP
6
7            By   s/ Timothy B. Nelson
             Kurt A. Kappes
8              Timothy B. Nelson
            Attorneys for Defendant
9              THE LINCOLN NATIONAL LIFE
            INSURANCE COMPANY
10  DATED: December 8, 2009         GUENARD & BOZARTH, LLP
11
12            By   s/ B. Ross Bozarth
            B. Ross Bozarth
13              Attorneys for Plaintiffs
            MAO XIONG and FRAYDA BURTON, as
14              Guardian ad litem for MARILYN L.
            XIONG and ARIEL N. XIONG
15
16
17
18
19
20  **IT IS SO ORDERED:**

Dated:  December 9, 2009
21
22  WILLIAM B. SHUBB
23  UNITED STATES DISTRICT JUDGE
24
25
26
27
28       2
STIPULATION TO MODIFY FINAL PRETRIAL ORDER
REGARDING THE EXCHANGE AND OBJECTION TO TRIAL EXHIBITS
SC1 17108642.1