1  SEYFARTH SHAW LLP
   Kurt A. Kappes (State Bar No. 146384)
2  Timothy B. Nelson (State Bar No. 235279)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 | MAO XIONG and FRAYDA BURTON, as | Case No. 2:08-CV-00345-WBS-JFM
   | Guardian ad litem for MARILYN L.
12 | XIONG and ARIEL N. XIONG,
   |
13 |             Plaintiffs,                | **STIPULATION TO REMOVE
   |                                        | DOCUMENTS FROM PUBLIC FILE
14 |     v.                                 | AND FOR DOCUMENTS TO BE FILED
   |                                        | UNDER SEAL**
15 | THE LINCOLN NATIONAL LIFE
   | INSURANCE COMPANY,
16 |                                        | Crtrm: 5, 14th Flr.
   |             Defendant.                 | Before The Honorable William B. Shubb
17

18         Plaintiffs MAO XIONG and FRAYDA BURTON, as Guardian ad litem for MARILYN

19  L. XIONG and ARIEL N. XIONG ("plaintiffs") and defendant THE LINCOLN NATIONAL

20  LIFE INSURANCE COMPANY ("defendant") (collectively, the "Parties"), by and through their

21  respective counsel, hereby stipulate as follows:

22         1.      On November 19, plaintiffs filed oppositions to defendant's motions *in limine*.  In

23  support of these oppositions, plaintiffs filed numerous declarations.  Two of these declarations

24  attached portions of the Swiss Re Life Guide as exhibits.

25         2.      The Swiss Re Life Guide was marked "Confidential" and produced to plaintiffs

26  pursuant to a Stipulated Protective Order that was signed by the parties and by the Court on July

27  30, 2009.  According to the terms of the Stipulated Protective Order, the confidential Swiss Re

28

1 Life Guide could only be filed with the Court after the party wishing to file such confidential
2 documents had sought and obtained an order from the Court allowing such documents to be filed
3 under seal.

4     3.    Plaintiffs inadvertently filed portions of the Swiss Re Life Guide with this Court
5 on November 19, 2009, without first seeking an order to allow plaintiffs to file such documents
6 under seal.

7     4.    The parties agree that the portions of the Swiss Re Life Guide filed by plaintiffs
8 on November 19, 2009 shall be withdrawn from the public file and shall be filed under seal.
9 Specifically, **Docket Numbers 118-3 and 133-2** shall be withdrawn from the public file and
10 shall be filed under seal.

11     IT IS SO STIPULATED.

13 DATED: December 8, 2009        SEYFARTH SHAW LLP

15                 By    s/ Timothy B. Nelson
                    Kurt A. Kappes
16                     Timothy B. Nelson
                    Attorneys for Defendant
17                     THE LINCOLN NATIONAL LIFE
                    INSURANCE COMPANY

18 DATED: December 8, 2009        GUENARD & BOZARTH, LLP

20                 By    s/ B. Ross Bozarth
21                     B. Ross Bozarth
                    Attorneys for Plaintiffs
22                     MAO XIONG and FRAYDA BURTON, as
                    Guardian ad litem for MARILYN L.
                    XIONG and ARIEL N. XIONG

24 **IT IS SO ORDERED:**

25 Dated: December 14, 2009

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE