UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MAO XIONG and FRAYDA BURTON,
guardian ad litem for MARILYN
L. XIONG and ARIEL N. XIONG,

        Plaintiffs,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.
_____/

NO. CIV. 2:08-345 WBS JFM

ORDER

----oo0oo----

        The court, having considered defendant The Lincoln National Life Insurance Company's Ex Parte Application to Amend the Final Pretrial Order and plaintiffs' objections thereto, hereby grants defendant's application and amends the Final Pretrial Order as follows:

        1.  Tom Young is added as a witness to Exhibit "B"; and

        2.  Two prior editions of an underwriting manual, titled "Life Underwriting Manual" that were produced by Lincoln National Life Reinsurance and the underwriting guidelines of

First Penn-Pacific Life Insurance Company, which is a part of Lincoln National Corporation, are added as exhibits to Exhibit "D."

IT IS SO ORDERED.

DATED: February 25, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE