1  SEYFARTH SHAW LLP
   Kurt A. Kappes (State Bar No. 146384)
2  Timothy B. Nelson (State Bar No. 235279)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11  MAO XIONG and FRAYDA BURTON, as          Case No. 2:08-CV-00345-WBS-JFM
    Guardian ad litem for MARILYN L.
12  XIONG and ARIEL N. XIONG,

13              Plaintiffs,                   **STIPULATION REGARDING
                                             VIDEOTAPED DEPOSITION OF
14         v.                                RONNIE DUMAG**

15  THE LINCOLN NATIONAL LIFE
    INSURANCE COMPANY,                        Crtrm: 5, 14th Flr.
16                                            Before The Honorable William B. Shubb
                Defendant.
17

18         Plaintiffs MAO XIONG and FRAYDA BURTON, as Guardian ad litem for MARILYN

19  L. XIONG and ARIEL N. XIONG ("plaintiffs") and defendant THE LINCOLN NATIONAL

20  LIFE INSURANCE COMPANY ("defendant") (collectively, the "Parties"), by and through their

21  respective counsel, hereby stipulate as follows:

22         1.     Defendant designated a person most knowledgeable at Primerica Life Insurance

23  Company as a trial witness, as contained in Exhibit B to the Court's Final Pretrial Order.

24         2.     Ronnie Dumag will testify at trial on behalf of Primerica Life Insurance

25  Company.

26         3.     Mr. Dumag will be out of the State from approximately March 31, 2010 until

27  April 3, 2010, and thus will likely be unavailable to testify at the time of trial.

28

1    4.    The parties therefore stipulate that Mr. Dumag's deposition may be taken prior to

2  trial, that this deposition will be videotaped, and that the videotaped deposition of Mr. Dumag

3  can be used at the time of trial in lieu of live testimony from Mr. Dumag, subject to objections by

4  Plaintiffs.    By signing this stipulation, Plaintiffs are not waiving any objections as to the

5  substance of the questions, including relevance or admissibility.

6         IT IS SO STIPULATED.

7

8  DATED: March 24, 2010                    SEYFARTH SHAW LLP

9

10                                          By:    /s/ Kurt Kappes
                                                   Kurt A. Kappes
11                                                 Timothy B. Nelson
                                                   Attorneys for Defendant
12                                                 THE LINCOLN NATIONAL LIFE
                                                   INSURANCE COMPANY

13 DATED: March 24, 2010                    GUENARD & BOZARTH, LLP

14

15                                          By:    /s/ B. Ross Bozarth
                                                   B. Ross Bozarth
16                                                 Attorneys for Plaintiffs
                                                   MAO XIONG and FRAYDA BURTON, as
17                                                 Guardian ad litem for MARILYN L.
                                                   XIONG and ARIEL N. XIONG

18

19

20     **IT IS SO ORDERED:**

21

22     Dated:    March 25, 2010

23

24     WILLIAM B. SHUBB
       UNITED STATES DISTRICT JUDGE

25

26

27

28

2

STIPULATION REGARDING VIDEOTAPED DEPOSITION OF RONNIE DUMAG

12186212v.1